UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ONDRA GALLOWAY,<br><br>                    Plaintiff,<br><br>         v.<br><br>BOISE, INC. and BOISE PAPER HOLDINGS, LLC,<br><br>                    Defendants. | No.   2:13-CV-5070-SMJ<br><br>**ORDER DISMISSING CASE** |

On October 16, 2014, the parties filed a stipulated dismissal, ECF No. 71. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a),

**IT IS HEREBY ORDERED:**

**1.** The parties' Motion for Voluntary Dismissal with Reservation of Jurisdiction, **ECF No. 71**, is **GRANTED.**

**2.** The Court reserves jurisdiction for the exclusive purpose of enforcing the terms of the settlement agreement.

**3.** All claims are **DISMISSED WITH PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

**4.** All pending motions are **DENIED AS MOOT.**

ORDER **-** 1

1     **5.**    All hearings and other deadlines are **STRICKEN.**

2     The Clerk's Office is directed to **CLOSE** this file.

3     **IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

    **DATED** this 20th day of October 2014.

_____
SALVADOR MENDOZA, JR.
United States District Judge